UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DISH NETWORK L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.,
and NAGRASTAR LLC,                            CASE NO.: 11-CV-312

                Plaintiffs,

    v.

MARK BENDER, individually
and d/b/a WWW.AAAFTA.COM,

                Defendant.

---

## ORDER TO UNSEAL CASE

---

This case was originally opened under seal and Plaintiffs thereafter filed an Ex Parte

Motion for Order Temporarily Sealing the Case, which this Court granted following hearing on

May 13, 2011. The purpose of the sealed nature of the case was so as not to tip off or otherwise

apprise Defendant of Plaintiffs further ex parte efforts to obtain a temporary restraining order

directed at internet host providers to lock down and secure the alleged piracy website owned and

maintained by Defendant. This Court granted Plaintiffs' Motion for Temporary Restraining

Order, likewise, following hearing on May 13, 2011.

    Plaintiffs have advised this Court that the alleged piracy website has indeed been locked

down and secured, and that Defendant has been served with the pleadings and records on file

herein. Accordingly, the original stated need to have this case sealed no longer exists.

Accordingly, **IT IS HEREBY ORDERED**, that this case shall no longer be sealed and shall be now open as a public record consistent with normal Court practices.

Signed this 20th day of May, 2011.

BY THE COURT

Barbara B Crabb

Honorable Barbara B. Crabb
United States District Judge